SHAW, Justice.
We have for review Salazar v. State, 665 So.2d 1066 (Fla. 4th DCA 1995), wherein the district court certified conflict with State v.
Lamoureux, 660 So.2d 1063 (Fla. 2d DCA 1995). We have jurisdiction. Art. V, § 3(b)(4), Fla. Const. We quash Salazar based on Melbourne v. State, 679 So.2d 759 (Fla. 1996). Melbourne applies to parts 1, 2, and 3 of section 316.193(3)(c), Florida Statutes (1993).
It is so ordered.
KOGAN, C.J., and OVERTON, GRIMES, HARDING, WELLS and ANSTEAD, JJ., concur.